Victoria **LOPEZ DE GARCIA,**
Petitioner,

v.

Michael B. **MUKASEY, Attorney
General, Respondent.**

No. 06–74119.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Jan. 22, 2009.

Victoria Lopez De Garcia, Morro Bay,
CA, pro se.

Kurt B. Larson, Esquire, Andrew C.
Maclachlan, U.S. Department of Justice,
Civil Division/Office of Immigration Litiga-
tion, Washington, DC, CAC–District Coun-
sel, Esquire, Office of the District Counsel,
Department of Homeland Security, Los
Angeles, CA, Ronald E. Lefevre, Office of
the District Counsel, Department of
Homeland Security, San Francisco, CA,
for Respondent.

Before: O'SCANNLAIN, BYBEE, and
CALLAHAN, Circuit Judges.

MEMORANDUM **

Victoria Lopez De Garcia, a native and
citizen of Mexico, petitions pro se for re-
view of the Board of Immigration Appeals'
("BIA") order denying her motion to re-
consider. We have jurisdiction pursuant
to 8 U.S.C. § 1252. We review de novo
claims of constitutional violations in immi-
gration proceedings. *Iturribarria v. INS,*
321 F.3d 889, 894 (9th Cir.2003). We deny
the petition for review.

In her opening brief, Lopez De Garcia
fails to address and therefore has waived
any challenge to the BIA's dispositive de-
termination that her motion to reconsider
was untimely. *See Martinez–Serrano v.
INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996)
(issues not specifically raised and argued
in a party's opening brief are waived). We
therefore need not reach Lopez De Gar-
cia's remaining contentions regarding her
motion to reconsider.

Lopez De Garcia's contention that the
BIA violated due process by issuing sepa-
rate decisions regarding her and her hus-
band's motions to reopen is unavailing.

Lopez De Garcia's contention that she
did not receive a full hearing because the
immigration judge ("IJ") did not consider
her continuous physical presence or moral
character is unavailing because the IJ's
determination that she failed to meet the
hardship requirement for cancellation of
removal was dispositive. *See* 8 U.S.C.
§ 1229b(b)(1)(D).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.